# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-D-2474 (PAC)

CHARLOTTE SCHNEIDER AND DEAN WYMER,

    Plaintiffs,

v.

LANDVEST CORPORATION, a Kansas corporation,
and DAVID MASON, individually,

    Defendants.

## DEFENDANTS' DESIGNATION OF DEPOSITION
## TESTIMONY OF LOUISE ADOLPHSON

COMES NOW Defendants, Landvest Corporation and David Mason, by and through their counsel, Alan L. Rupe and Stacia G. Boden of Kutak Rock, LLP, and hereby designate the following deposition testimony, together with all Exhibits referenced therein:

Page 7, Lines 4 through 22

Page 8, Lines 1 through 3; Lines 13 through 25

Page 9, Lines 1 through 3

Page12, Lines 12 through18; Lines 23 through25

Page 13, Lines 1 through 9; Lines 14 through 23

Page 14, Lines 4 through 14

Page 16, Lines 3 through 9; Lines 17 through 25

Page 17, Lines 1 through 9; Lines 11 through 14

Page 18, Lines 22 through 25

Page 19, Lines 1 through 3; Lines 10 through 13

Page 20, Lines 3 through 17; Lines 19 through 23

Page 21, Lines 5 through 6; Lines 8 through 9; Lines 11 through 17

Page 22, Lines 4 through 9; Lines 14 through 15

Page 23, Lines 5 through 8; Lines 23 through 24

Page 24, Lines 9 through 15

Page 25, Lines 2 through 13; Lines 22 through 25

Page 26, Lines 13 through 14; Lines 17 through 23

Page 29, Line 25

Page 30, Lines 1 through 8

Page 31, Lines 4 through 13

Page 32, Lines 11 through 23

Page 34, Lines 1 through 3

Page 35, Lines 2 through 22

Page 39, Lines 14 through 22

Page 41, Lines 9 through 12

Page 43, Lines 5 through 25

Page 44, Lines 1 through 18; Lines 24 through 25*

Page 45, Lines 1 through 18

Page 47, Lines 1 through 7

Page 50, Lines 15 through 18

3

Page 51, Lines 3 through 4; Line 5; Line 8; Lines 10 through 20; Line 15

Page 52, Lines 16 through 23

Page 53, Lines 2 through 4; Lines 7 through 14; Lines 18 through 25

Page 54, Lines 1 through 2; Lines 4 through 5

Page 55, Lines 5 through 16

*Defendants' designate corrected testimony.

Respectfully submitted this 14th day of September, 2005.

KUTAK ROCK LLP

By **/s Stacia G. Boden          9/14/2005**
Alan L. Rupe, KS Bar # 08914
Admitted to Colorado U.S. District Court, September 30, 1997
Stacia G. Boden, KS Bar # 20295
Admitted to Colorado U.S. District Court, January 6, 2004
8301 East 21st Street North, Suite 370
Wichita, Kansas  67206-2295
Telephone: (316) 609-7900
Facsimile:  (316) 630-8021
alan.rupe@kutakrock.com
stacia.boden@kutakrock.com

Heather Davis, CO Bar #30056
Mark C. Willis, CO Bar #31025
Suite 3100
1801 California Street
Denver, CO 80202-2626
Telephone:  (303) 297-2400
Facsimile:  (303) 292-7799

*ATTORNEY FOR DEFENDANTS LANDVEST CORPORATION AND DAVID MASON*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2005, counsel for Defendants' hand-delivered to Plaintiffs' counsel **DEFENDANTS' DEPOSITION TESTIMONY OF LOUISE ADOLPHSON** and now, on this 14th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donna Dell'Olio
431 North Cascade Avenue, Suite 1
Colorado Springs, CO  80903
ddellio@cornishanddellolio.com

        **/s Stacia G. Boden**      **9/14/2005**
        Stacia G. Boden