IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02474-WYD-PAC

CHARLOTTE SCHNEIDER and
DEAN WYMER,

    Plaintiffs,

v.

LANDVEST CORPORATION, a Kansas corporation, and
DAVID MASON, individually,

    Defendants.

_____

**ORDER**
_____

In the process of reviewing the parties' proposed Findings of Fact and Conclusions of Law, the Court has discovered it needs additional briefing by the parties on certain issues. Specifically, it is

ORDERED that the parties shall providing briefing on: (1) how Plaintiffs arrived at their calculation of damages in Paragraphs 152 and 153 of their Proposed Findings of Fact submitted October 26, 2005, including the exact number of hours/weeks for which Plaintiffs are seeking compensation over 40 hours, how the damages calculation was arrived at as to such hours, and how Plaintiffs calculated the overtime rate of $15.78; and (2) whether, if the Court rules in favor of Plaintiffs, an award of liquidated damages is proper and, if so, the amount of such damages. It is

FURTHER ORDERED that such briefing shall be electronically filed on or before **Monday, January 9, 2006**.

Dated: December 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge