IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-02474-WYD-PAC

CHARLOTTE SCHNEIDER and
DEAN WYMER,

    Plaintiffs,

v.

LANDVEST CORPORATION, a Kansas corporation, and
DAVID MASON, individually,

    Defendants.
_____

**ORDER FOR ENTRY OF JUDGMENT**
_____

    In light of the Findings of Fact and Conclusions of Law filed by the Court on February 9, 2006, finding in favor of Plaintiffs, it is hereby

    ORDERED that judgment be entered as follows:

    1.  In favor of the Plaintiff, Charlotte Schneider, and against the Defendants, Landvest Corporation and David Mason individually, for: (1) $8,496.00 in unpaid non overtime wages; (2) $2,258.52 in unpaid overtime wages; and (3) $2,258.52 in liquidated damages . The total amount of damages awarded to Plaintiff Schneider is $13,013.04.

    2.  In favor of the Plaintiff, Dean Wymer, and against the Defendants, Landvest Corporation and David Mason individually, for: (1) $8,496.00 in unpaid non overtime wages; (2) $920.40 in unpaid overtime wages; and (3) $920.40 in liquidated damages. The total amount of damages awarded to Plaintiff Wymer is $10,336.80.

3. The total judgment to be entered on behalf of both Plaintiffs is $23,349.84.

Dated: February 9, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge