IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No.  03-cv-02474-WYD-PAC

CHARLOTTE SCHNEIDER and
DEAN WYMER,

       Plaintiffs,

v.

LANDVEST CORPORATION, a Kansas corporation and
DAVID MASON, individually,

       Defendants.
_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order for Entry of Judgment, filed on February 9, 2006 by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Plaintiff, Charlotte Schneider, and against Defendants, Landvest Corporation and David Mason, in the total amount of $13,013.04.  It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, Dean Wymer, and against Defendants, Landvest Corporation and David Mason, in the total amount of $10,336.80.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $23,349.84 at the legal rate of 4.67% per annum from the date of entry of judgment.  It is further

Judge Wiley Y. Daniel
03-cv-02474-WYD-PAC - Judgment
Page 2

ORDERED that Plaintiffs shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within ten (10) days of entry of judgment.

DATED at Denver, Colorado this 14th day of February, 2006.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Stephen P. Ehrlich
Stephen P. Ehrlich,
Chief Deputy Clerk