IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02474-WYD-PAC

CHARLOTTE SCHNEIDER and
DEAN WYMER,

    Plaintiffs,

v.

LANDVEST CORPORATION, a Kansas corporation, and
DAVID MASON, individually,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion of Leave to File Plaintiff's [sic] Revised Motion for Attorney's Fees and Revised Brief in Support of Motion for Attorney's Fees filed March 7, 2006, is **GRANTED**. The revised motion and brief filed March 7, 2006 (docket # 156 and 157) are accepted for filing.

    Dated: March 8, 2006

                              s\ Sharon Shahidi
                              Law Clerk to
                              Wiley Y. Daniel
                              U.S. District Court