IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02474-WYD-PAC

CHARLOTTE SCHNEIDER and
DEAN WYMER,

    Plaintiffs,

v.

LANDVEST CORPORATION, a Kansas corporation, and
DAVID MASON, individually,

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion to Dismiss Motion for Attorneys Fees and Costs With Prejudice (filed March 31, 2006) is **GRANTED** to the extent it seeks an order that the motions for attorney fees are no longer pending. Since the parties reached an agreement as to fees and costs, Plaintiffs' Motion for Attorneys' Fees and Revised Motion for Attorneys' Fees are **DENIED AS MOOT**.

    Dated: April 4, 2006

                                        s\ Sharon Shahidi
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U.S. District Court